UNITED STATES
BANKRUPTCY COURT
Southern District of New York
One Bowling Green Division

# 00187995 - MP
November 3, 2011

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| UNCLAIME | 03-12382 | | 1,388.21 CK |
| Judge | Judge Gerber | | |

TOTAL→        1,388.21

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 03-12382-reg

*Date filed:*  04/17/2003
*Date converted:*  08/06/2004

*Assigned to:* Judge Robert E. Gerber
Chapter 7
Previous chapter 11
Voluntary
Asset

*Debtor*
**B. LUCID, LTD.**
1466 Broadway - Suite 1509
New York, NY 10036
Tax ID / EIN: 760593849

represented by **Gilbert A. Lazarus**
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, NY 10016
(212) 889-7400
Fax : (212) 684-0314
Email: glawlazarus@aol.com

*Trustee*
**Kenneth Silverman**
Silverman Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753
(516) 479-6300

represented by **Ronald J. Friedman**
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753
(516) 479-6300
Fax : (516) 479-6301
Email: filings@spallp.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

represented by **Serene K. Nakano**
U.S. Department of Justice
U.S. Trustee's Office
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255
Email:
serene.nakano@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 11/03/2011 | 105 | Notice of Deposit of Unclaimed Dividends filed by Kenneth Silverman on behalf of Kenneth Silverman. (Silverman, Kenneth) (Entered: 11/03/2011) |

# SILVERMANACAMPORA LLP

*CHARACTER IS EVERYTHING* ®

LYNNE M. MANZOLILLO, PHR
PARALEGAL ADMINISTRATOR

DIRECT DIAL: 516.479.6316
DIRECT FAX: 516.945.6316
LMANZOLILLO@SILVERMANACAMPORA.COM

October 28, 2011

**Via Certified Mail, Return Receipt Requested**
Clerk of the U.S. Bankruptcy Court
1 Bowling Green
New York, NY 10004

Re:    **B. Lucid, Ltd.**
       **Chapter 7**
       **Case No. 03-12382(REG)**
       **Our File No. 48723**

Dear Sir/Madam:

Enclosed please find Trustee's Check No. 111, in the amount of $1,388.21, which sum represents the unclaimed final distribution as referenced below in this matter.

| Claimant | Amount of Check |
|---|---|
| Joseph Gechrit<br>337 West 30th Street, Apt 10B<br>New York, NY 10001 | $1,388.21 |
| **Total** | **$1,388.21** |

If you have any questions with regard to the foregoing, please do not hesitate to contact me.

Very truly yours,

Lynne M. Manzolillo

LMM/lvk
Encl.
cc: Kenneth P. Silverman, Esq., Trustee

RECEIVED
OCT 31 2[...]
U.S. BANKRUPTC[...]
SO DIST OF NE[...]

LMM/1014316.1/048723

